810 P.2d 177

GOVERNMENT EMPLOYEES INSUR-
ANCE COMPANY, a Maryland
Corporation, Petitioner,

v.

The Honorable Norman S. FENTON, a
Judge for the Superior Court of the
State of Arizona, County of Pima, Re-
spondent,

and

Andrea Nekuza DIEHL, individually, An-
drea Nekuza Diehl and Jeffrey Alan
Diehl, wife and husband, Real Parties
in Interest.

No. CV–90–0067–PR.

Supreme Court of Arizona.

March 29, 1991.*

Jones, Edwards, Smith & Kofron, P.C. by
William W. Edwards, Tucson, and Robert J.
Kundtz, for petitioner.

Rabinovitz & Associates, P.C. by Michael
A. Mosesso, Tucson, for real parties in
interest.

## ORDER

Review was granted in this case on Is-
sues A, B, and C on July 10, 1990. The
case was argued to the Court on February
7, 1991, Vice Chief Justice Stanley G. Feld-
man and Justices James Duke Cameron,
James Moeller, and Robert J. Corcoran par-
ticipating; Vice Chief Justice Feldman and
Justice Cameron voted to vacate the court
of appeals' order and opinion granting spe-
cial action relief. Justices Moeller and Cor-
coran voted to approve the court of ap-
peals' grant of special action relief and its
opinion. Therefore,

IT IS ORDERED that the court of ap-
peals' order granting special action relief is
affirmed.

810 P.2d 177

Loreen Shara PRINZ,
Plaintiff/Appellant,

v.

UNITED SERVICES AUTOMOBILE AS-
SOCIATION, a Texas corporation,
Defendant/Appellee.

No. CV–90–0149–PR.

Supreme Court of Arizona.

March 29, 1991.

Reconsideration Denied May 21, 1991.

Richard S. Oseran, Mendelsohn, Oseran,
Mance & Eisner, Tucson, for plaintiff/ap-
pellant.

Lloyd J. Andrews and Eric B. Gonzalez,
Ridenour, Swenson, Cleere & Evans, Phoe-
nix, for defendant/appellee.

## ORDER

Review was granted in this case on Is-
sues 1 and 2 on July 10, 1990. The case
was argued to the Court on February 7,
1991, Vice Chief Justice Stanley G. Feld-
man and Justices James Duke Cameron,
James Moeller, and Robert J. Corcoran par-
ticipating; Vice Chief Justice Feldman and
Justice Cameron voted to reverse the judg-
ment and vacate the court of appeals' deci-
sion, and Justices Moeller and Corcoran
voted to affirm the judgment and approve
the court of appeals' decision. Therefore,

IT IS ORDERED that the judgment is
affirmed.

---

* Editors Note: The following action was taken by
the Supreme Court of the State of Arizona on
May 21, 1991: ORDERED: There being no deci-
sion on the merits in this matter, attorney's fees
are denied but costs are allowed.